# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | |
|---|---|
| Randy Stedman, Lanell Stedman, and Arlo Stedman, | )<br>)<br>) |
| Plaintiffs, | )  **ORDER GRANTING MOTIONS FOR**<br>)  **ADMISSION PRO HAC VICE**<br>) |
| vs. | )<br>) |
| Great American Insurance Company, | )  Case No. 4:06-cv-101<br>) |
| Defendant. | ) |

Before the court are Defendant's motions for attorneys M. Bradford Sanders and Thomas C. James, Jr. to appear *pro hac vice* on its behalf. In accordance with Local Rule 79.1(D), Mr. Sanders and Mr. James has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fee to the office of the clerk. Accordingly, Defendant's motions (Docket Nos. 4 and 5) are **GRANTED**. Attorneys M. Bradford Sanders and Thomas C. James, Jr. are admitted to practice before this court in the above-entitled action on behalf of Defendant.

**IT IS SO ORDERED.**

Dated this 8th day of January, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge